

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2024

No. 04-24-00378-CV

Karen **GAFFORD**,
Appellant

v.

Elizabeth **BLISS-GAFFORD**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-12948
Honorable Angelica Jimenez, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. We order appellant to pay the costs of this appeal.

It is so **ORDERED** on August 28, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2024.

Luz Estrada, Chief Deputy Clerk